Shayna H. Balch, SBN 024852
Alanna R. Brook, SBN 028018
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
sbalch@fisherphillips.com
abrook@fisherphillips.com
Attorneys for Defendant
WM Corporate Services, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Russell A. Smith,<br><br>Plaintiff,<br><br>v.<br><br>WM Corporate Services, Inc.,<br><br>Defendant. | No. 19-CV-01579-PHX-SPL<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>**[FED. R. CIV. P. 56]**<br><br>(Oral Argument Requested) |

Defendant WM Corporate Services, Inc. ("Defendant" or "WM"), by and through counsel undersigned, hereby moves for summary judgment in the above-captioned matter. WM is entitled to judgment as a matter of law because Plaintiff cannot prove actionable claims for disability discrimination, failure to accommodate, or retaliation in violation of the Americans with Disabilities Act ("ADA"), as amended. Nor can Plaintiff prove actionable claims for age discrimination in violation of the Age Discrimination in Employment Act ("ADEA"), as amended. This motion is supported by Defendant's Memorandum of Points and Authorities and separate Statement of Facts filed concurrently herewith, all pleadings and papers on file, and any such matters as may be introduced at the hearing on this matter. Pursuant to the Court's Order at Doc. 25, attached hereto as **Exhibit A** is Defendant's certification of good faith consultation regarding this motion for summary judgment.

FP 40223373.1

DATED this 29th day of March 2021.

        FISHER & PHILLIPS LLP


        By: s/ Shayna H. Balch
         Shayna H. Balch
         Alanna R. Brook
         3200 N. Central Avenue, Suite 1550
         Phoenix, Arizona 85012-2487
         Attorneys for Defendant

**FISHER & PHILLIPS LLP**
**3200 N. Central Avenue, Suite 1550**
**Phoenix, Arizona 85012-2487**
**(602) 281-3400**

FP 40223373.1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Michael R. Pruitt
Nathaniel J. Hill
Jackson White
40 North Center Street, Suite 200
Mesa, Arizona 85201
Attorneys for Plaintiff


 s/ Michelle C. Colwell

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FP 40223373.1

**EXHIBIT A**
**ATTORNEY CERTIFICATION PURSUANT TO THE COURT'S SCHEDULING ORDER AT DOC. 25**

Undersigned counsel for Defendants hereby certifies that prior to filing the instant Motion for Summary Judgment pursuant to Rule 56, counsel notified the opposing party of the issues asserted in this Motion. Specifically, counsel for Defendants notified counsel for Plaintiff of the substance of this Motion via letter on March 22, 2021. In addition, Defense counsel had a telephone conversation with Plaintiff's counsel the same day regarding the issues asserted in this Motion. In addition to the March 22nd communications, Defense counsel has also had several conversations with Plaintiff's counsel regarding the issues asserted in this Motion since the inception of this case. Despite this notification the parties were unable to reach an agreement regarding the substance of Defendant's Motion for Summary Judgment.

DATED this 29th day of March 2021.

FISHER & PHILLIPS LLP

By: s/ Shayna H. Balch
    Shayna H. Balch
    Alanna R. Brook
    3200 N. Central Avenue, Suite 1550
    Phoenix, Arizona 85012-2487
    Attorneys for Defendant

4

FP 40223373.1